UNITED STATES OF AMERICA
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Docket No. 4:00-CR-18-001 |
| ) | |
| WILLIAM McMAHAN, ) | |
| ) | |
| Defendant ) | |

## RELEASE OF JUDGMENT LIEN

The United States of America releases the judgment lien entered on the above-styled case in the District Court for the Eastern District of Tennessee. The United States hereby releases the Notice of Lien filed by our office on September 17, 2001, in Coffee County, Tennessee in official records Book L19, Page 420.

Respectfully submitted,

JAMES R. DEDRICK
Acting United States Attorney

Pamela G. Steele, BPR # 012509
Assistant U.S. Attorney
U.S. Attorney's Office
800 Market St., Suite 211
Knoxville, TN  37902
(865) 545-4167

Sworn before me this 5 day of January, 2006.

_____
Notary Public

My comm. expires: July 6, 2008.



CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

William McMahan
2475 Cat Creek Rd.
Manchester, TN 37355

Pamela G. Steele, BPR # 012509
Assistant U.S. Attorney